# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| HALEY KING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-03-1295 |
| | § | |
| | § | |
| CONROE INDEPENDENT SCHOOL | § | |
| DISTRICT, DON STOCKTON, | § | |
| Individually, and FELICIA SHUPP, | § | |
| Individually | § | |
| Defendant. | § | |

## ORDER AND FINAL JUDGMENT

Defendants Conroe Independent School District and Don Stockton have filed a Motion to Sever and Enter Final Judgment. No response has been filed. This court finds that there is no just reason to delay the entry of final judgment as to CISD and Stockton. It is ordered that defendants Conroe Independent School District and Don Stockton are severed from this lawsuit. All of plaintiff's claims against defendants Conroe Independent School District and Don Stockton are dismissed, with prejudice. CISD and Don Stockton are entitled to recover their reasonable costs from plaintiff under Federal Rule of Civil Procedure 54(d); each party will bear its own attorney's fees. This is a final judgment as to CISD and Don Stockton.

Plaintiff must file a status report with respect to her claims against defendant Felicia Shupp no later than **October 28, 2005**.

SIGNED on October 18, 2005, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge